**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-7431**

—————————

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

     v.

JOHN MARQUIS JOHNSON,

           Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:08-cr-01258-RBH-5)

—————————

Submitted:  December 20, 2012     Decided:  December 27, 2012

—————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John Marquis Johnson, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marquis Johnson appeals the district court's order denying his petition for a writ of audita querela. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, Johnson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>